FILED'07 MAY 22 14:21USDC-ORP

Kathryn Tassinari
Mark Manning
HARDER, WELLS, BARON & MANNING, P.C.
474 Willamette Street
Eugene, OR 97401
(541) 686-1969
kathrynt50@comcast.net
Of Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JEANNE SHANTELL WHITNEY, ) | |
| ) | |
| Plaintiff, ) | Civil No. 06-6056-HA |
| vs. ) | |
| ) | ORDER FOR PAYMENT OF ATTORNEY |
| MICHAEL J. ASTRUE, ) | FEES, LEGAL ASSISTANT FEES, EXPENSES |
| Commissioner, Social Security ) | AND COSTS PURSUANT TO EAJA AND |
| Administration , ) | 28 U.S.C. §1920 |
| ) | |
| Defendant. ) | |

After considering the stipulated Motion submitted by the parties herein for entry of an order awarding plaintiff's attorney fees in the amount of $3,172.26, legal assistant fees in the amount of $1,395.00, costs in the amount of $250.00, and expenses in the amount of $25.00,

IT IS HEREBY ORDERED that plaintiff's motion is granted in the total sum of $4,842.26 as full settlement of any and all claims for attorney fees, legal assistant fees, and expenses pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 and costs pursuant to 28 U.S.C. § 1920.

IT IS SO ORDERED on this _**22**_ day of _____*May*_____, 2007.

_____
U.S. District Judge

PRESENTED BY:

By: ___s/ Kathryn Tassinari_____
    Kathryn Tassinari, OSB #80115
    Harder, Wells, Baron & Manning, P.C.
    Of Attorneys for Plaintiff

1 - ORDER FOR PAYMENT OF ATTORNEY FEES,LEGAL ASSISTANT FEES, COSTS & EXPENSES PURSUANT TO EAJA